**Order entered August 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00265-CR**
**No. 05-17-00266-CR**

**MARIO MUNGUIA-ZARATE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-23773-I & F13-23774-I**

## ORDER

When we ordered court reporter Karren Jones to file the reporter's record, she informed us that retained counsel Rosalind Kelly had not paid or made arrangements to pay for the reporter's record despite having been given an estimated cost for the record. We then ordered Ms. Kelly to provide written verification to the Court by June 26, 2017 that appellant had paid or made arrangements to pay for the reporter's record. We cautioned Ms. Kelly that the failure to do so would result in the Court ordering the appeals submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, the reporter's record has not been filed and Ms. Kelly has not communicated with the Court about the record or these appeals.

We **ORDER** these appeals submitted without a reporter's record and **ORDER** appellant's brief due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Judge Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to Karren Jones, court reporter, Auxiliary Court No. 1; and to counsel for all parties.


/s/      ADA BROWN
          JUSTICE